UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELEN SWARTZ,

                Plaintiff,

     - against -

LAM PEARL STREET HOTEL LLC,

                Defendant.

22-cv-9269 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by March 17, 2023.

SO ORDERED.

Dated:    New York, New York
           February 28, 2023

                                            John G. Koeltl
                                     United States District Judge